# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-60179

United States Court of Appeals
Fifth Circuit

**FILED**

June 20, 2018

Lyle W. Cayce
Clerk

JOSE SANTOS MEJIA, also known as Jose Santos

Petitioner

v.

JEFFERSON B. SESSIONS, III, U. S. ATTORNEY GENERAL,

Respondent

Petition for Review of an Order of
the Board of Immigration Appeals

Before KING, DENNIS, and COSTA, Circuit Judges.

PER CURIAM:

Our prior opinion, *Mejia v. Sessions*, 881 F.3d 421 (5th Cir. 2018), is withdrawn, and a revised opinion will be forthcoming.